IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

County of Monmouth, et al.      :      Civil Action

         v.          :

Rite Aid Corporation, et al.      :      No.: 2:20-cv-02024-KSM

ORDER

AND NOW, this _____ day of _____ 20 20 , it is hereby

ORDERED that the application of Lance A. Harke _____, Esquire,

to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☑      GRANTED.[1]

☐      DENIED.

_____
                                , J.

---

[1] This Court's Local Civil Rules require attorneys, including those admitted pro hac vice, to complete the registration process for the Court's ECF system. Instructions and forms are available on the Court website.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OFPENNSYLVANIA

Civil Action No#___2:20-cv-02024-KSM___

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT*
*PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I,___**Lance A Harke**_____the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number_____, for the $40.00 admission fee.

A.      *I state that I am currently admitted to practice in the following state jurisdictions:*

| Florida | 10/05/1990 | 863599 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B.      *I state that I am currently admitted to practice in the following federal jurisdictions:*

| Southern District of Florida | 11/13/1992 | 0863599 |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| Middle District of Florida | 09/30/1994 | 0863599 |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| Northern District of Florida | 08/09/2009 | 0863599 |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C.      *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am entering my appearance for*

_____
(Applicant's Signature)

04/28/2020
(Date)

| Name of Applicant's Firm | Harke PA |
|---|---|
| Address | 9699 NE 2nd Avenue |
| Telephone Number | 305-536-8220 |
| Email Address | lharke@harkepa.com |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___04/28/2020___              _____
(Date)                                                    (Applicant's Signature)

04/20

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

      The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of_Lance A. Harke_____to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above- referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Charles E . Schaffer | | 02/05/1998 | 76259 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission date) | (Attorney Identification No.) |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Levin Sedran & Berman, LLP

510 Walnut Street, Suite 500

Philadelphia, PA  19106

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____05/04/2020_____
              (Date)

(Sponsor's Signature)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| County of Monmouth, et al. | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| Rite Aid Corporation, et al. | : | No.: 2:20-cv-02024-KSM |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of **Lance A Harke**          ,

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed

Order which, if granted, would permit such practice in this court was served as follows:

To all counsel of record via the Court's electronic filing system.

(Signature of Attorney)

Charles E. Schaffer
(Name of Attorney)

Plaintiffs, County of Monmouth & Diane Scavello
(Name of Moving Party)

05/04/2020
(Date)