**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ___**

<table>
<tr><td>

COUNTY OF MONMOUTH and DIANE
SCAVELLO, *Individually and on Behalf of
All Others Similarly Situated*,

              *Plaintiffs*,

       *v.*

RITE AID CORPORATION, *et al.*,

              *Defendants*.

</td><td>

Civil Action

No. 20-cv-2024

</td></tr>
</table>

**ORDER**

    **AND NOW**, this 31st day of March, 2023, upon consideration of Defendants' Motion to Compel Arbitration (ECF No. 37), and the responses and replies thereto, and for the reasons set out in the accompanying memorandum opinion, it is hereby **ORDERED** that the motion is **DENIED**.

                           BY THE COURT:

                           */s/ Mitchell S. Goldberg*
                           MITCHELL S. GOLDBERG, J.