IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF \_\_\_

| | |
|---|---|
| **COUNTY OF MONMOUTH and DIANE SCAVELLO,** *Individually and on Behalf of All Others Similarly Situated*, <br><br> *Plaintiffs*, <br><br> v. <br><br> **RITE AID CORPORATION,** *et al.*, <br><br> *Defendants*. | Civil Action <br><br> No. 20-cv-2024 |

# ORDER

**AND NOW**, this 31st day of March, 2023, upon consideration of Defendants' Motion to Dismiss (ECF No. 43), and the responses and replies thereto, and for the reasons set out in the accompanying memorandum opinion, it is hereby **ORDERED** that the motion is **DENIED**.

BY THE COURT:

 */s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**

1