IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

County of Monmouth, et al.   :   Civil Action
:
v.   :
:
Rite Aid Corporation, et al.   :   No.: 2:20-cv-02024-MSG
:

ORDER

AND NOW, this ____ day of _____ 20 23 , it is hereby

ORDERED that the application of Alfred G. Yates, Jr. _____, Esquire,

to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐   GRANTED.[1]

☐   DENIED.

_____
, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:20-cv-02024-MSG

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT
PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I. APPLICANT'S STATEMENT

I, **Alfred G. Yates, Jr.** the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number **n/a**, for the $75.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| State where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| Pennsylvania | 1973 | 17419 |
| West Virginia | 1987 | 4691 |
| | | |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| Court where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| USDC WD PA | 1973 | 17419 |
| USCA 3d Cir | 1982 | 17419 |
| | | |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for   _(Applicant's Signature)_ [signature]

**Plaintiffs**

07/26/2023
(Date)

Name of Applicant's Firm: LAW OFFICE OF ALFRED G. YATES, JR., P.C.
Address: 1575 McFarland Road, Suite 305
Telephone Number: (412) 391-5164
Email Address: yateslaw@aol.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 07/26/2023
(Date)                                                       (Applicant's Signature) [signature]

04/20

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Alfred G. Yates, Jr. to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above- referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Charles E. Schaffer | _[signature]_ | 02/05/1998 | 76259 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission date) | (Attorney Identification No.) |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Levin Sedran and Berman, LLP

510 Walnut Street, Suite 500

Philadelphia, PA 19106

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 07/26/2023                    _[signature]_
             (Date)                       (Sponsor's Signature)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| County of Monmouth, et al. | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| Rite Aid Corporation, et al. | : | No.: 2:20-cv-02024-MSG |

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of __Alfred G. Yates, Jr.__, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was served as follows:

To all counsel of record via the Court's electronic filing system.

_____
(Signature of Attorney)

Charles E. Schaffer
_____
(Name of Attorney)

Plaintiffs, County of Monmouth, Diane Scavello
_____
(Name of Moving Party)

07/26/2023
_____
(Date)