IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| County of Monmouth, et al. | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| Rite Aid Corporation, et al. | : | No.: 2:20-cv-02024-MSG |
| | : | |

ORDER

AND NOW, this 27th day of July 20 23 , it is hereby

ORDERED that the application of  Alfred G. Yates, Jr.  , Esquire,

to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☑ GRANTED.[1]

☐ DENIED.

 /s/ Mitchell S. Goldberg 
, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.