# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **COUNTY OF MONMOUTH** *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> **RITE AID CORPORATION** *et al.*, <br><br> *Defendants*. | Civil Action <br><br> No. 20-cv-2024 |

## ORDER

**AND NOW**, this 10th day of January, 2024, the parties having stipulated to a stay pending appeal (3d Cir. No. 23-1655), and the Court having received a suggestion of bankruptcy for Defendants Rite Aid Corporation and Rite Aid Hdqtrs. Corp. (D.N.J. No. 23-bk-18993), and the Court of Appeals having stayed the appeal pending bankruptcy proceedings, it is hereby **ORDERED** that:

1. The Clerk of Court shall place this case in civil suspense.

2. Within ten (10) days of the conclusion of bankruptcy proceedings (or lifting of the automatic stay), or the termination of the appeal, whichever comes later, counsel shall file a joint status report.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**