## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**COUNTY OF MONMOUTH** *et al.*,

        *Plaintiffs,*

        *v.*

**RITE AID CORPORATION** *et al.*,

        *Defendants.*

**Civil Action**

**No. 20-cv-2024**

### ORDER

On January 10, 2024, I stayed this case pending the disposition of bankruptcy proceedings and an appeal. (ECF No. 143.)  I ordered the Parties to provide a status update at the conclusion of the proceedings or the termination of the appeal, "whichever comes later." (Id.)  The appeal was dismissed and it appears the bankruptcy proceedings have concluded. (See ECF Nos. 144, 145.)  The Parties have yet to submit a status update.

**AND NOW**, this 8th day of January, 2025, it is hereby **ORDERED** that the Parties **SHALL** submit a status update **no later than January 15, 2025.**

**BY THE COURT:**

    */s/ Mitchell S. Goldberg*
    **MITCHELL S. GOLDBERG, J.**