IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **COUNTY OF MONMOUTH** *et al.*, <br><br> *Plaintiffs,* <br><br> *v.* <br><br> **RITE AID CORPORATION** *et al.*, <br><br> *Defendants.* | Civil Action <br><br> No. 20-cv-2024 |

**ORDER**

**AND NOW**, this 26th day of February, 2025, upon consideration of Defendant Rite Aid Corporation's Notice of Permanent Injunction and Discharge (ECF No. 144), and the Parties' Joint Letter Request that this Matter be administratively terminated in accordance with the Bankruptcy Court's Ruling (See id.), it is hereby **ORDERED** that the Request is **GRANTED**. The Clerk of Court is directed to close the case for administrative purposes.

BY THE COURT:


 */s/ Mitchell S. Goldberg*
 **MITCHELL S. GOLDBERG, J.**